UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN OBASOHAN,

        Plaintiff,

v.

GREGORY J GEHLING,

        Defendant.

CASE NO. C17-713-JLR

**ORDER DIRECTING PLAINTIFF TO CORRECT DEFICIENT IFP APPLICATION**

Plaintiff John Obasohan filed an application to proceed in forma pauperis ("IFP"). Dkt. 1. His application is deficient. Plaintiff failed to provide the required information about his employment and failed to provide the required financial information, instead writing "T.B.D." in response to questions about his income. Plaintiff also failed to submit a written consent for payment of costs as required by Local Civil Rule 3(b). The Court **ORDERS** plaintiff to submit a valid IFP application no later than **June 12, 2017**. The Clerk shall provide plaintiff with a copy of the proper IFP application forms. The Clerk shall also provide a copy of this Order to plaintiff and to the Honorable James L. Robart.

DATED this 11th day of May, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO CORRECT
DEFICIENT IFP APPLICATION - 1