UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN OBASOHAN,

        Plaintiff,

v.

GREGORY J. GEHLING,

        Defendant.

CASE NO. C17-713-JLR

**REPORT AND RECOMMENDATION**

Plaintiff John Obasohan, proceeding pro se, filed an application to proceed in forma paupers ("IFP") in this case. Dkt. 1. The undersigned found the application was deficient because plaintiff failed to provide all the required information and failed to include a written consent for payment of costs, and directed plaintiff to correct the deficiency no later than June 12, 2017. Dkt. 2. To date, plaintiff has not filed a correction or any other response to the court's order. Accordingly, the undersigned recommends that plaintiff's IFP application be **DENIED** and this case **DISMISSED** without prejudice.

//

//

//

//

REPORT AND RECOMMENDATION - 1

Any objections to this Recommendation must be filed no later than **July 3, 2017**. The matter will be ready for the Court's consideration on that date and the Clerk should so note the matter. Objections shall not exceed five pages. The failure to timely object may affect the right to appeal.

DATED this 19th day of June, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge