UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN OBASOHAN,

           Plaintiff,

v.

GREGORY J. GEHLING,

           Defendant.

CASE NO. C17-713-JLR

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's application to proceed in forma pauperis is **DENIED**; and

3. This matter is **DISMISSED** without prejudice.

The Clerk shall send a copy of this Order to the plaintiff and to Judge Tsuchida.

DATED this 5th day of July, 2017.

                                        JAMES L. ROBART
                                        United States District Judge

RECOMMENDATION AND DISMISSING
CASE WITHOUT PREJUDICE - 1